**Order entered December 6, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01018-CV

### CLIFFORD NKEYASEN, Appellant

### V.

### ALAMO MANHATTAN ROUTH STREET, LLC, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-02866-D**

## ORDER

Before the Court is appellant's November 29, 2016 motion to extend time to file appellant's brief. Appellant's motion is **GRANTED**. Appellant's brief shall be filed on or before January 20, 2017.

/s/     ELIZABETH LANG-MIERS
            JUSTICE